**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al. | ) ) ) | |
| Plaintiffs, | ) | No. 26-cv-4400 |
| v. | ) ) | |
| C.C.E. ENTERPRISES LLC an Illinois Corporation. | ) ) | Hon. Judge Sharon Johnson Coleman |
| Defendant. | ) ) ) | |

**INITIAL JOINT STATUS REPORT**

Plaintiffs and Defendant submit this Joint Initial Status Report, as follows:

1. **Attorneys of Record**

Plaintiffs:
Paul M. Egan, **Lead Attorney**
James R. Anderson
Grant R. Piechocinski
Anita Saliu
Arnold and Kadjan, LLP
35 East Wacker Drive, Suite 600
Chicago, IL 60601
(312) 236-0415

Defendant:
Todd A. Miller
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606
(312) 675-4325

2. **Nature of the Case**

Defendant is signatory to a Collective Bargaining Agreement which requires it to make periodic contributions to the Plaintiffs and to submit books and records for a fringe benefit contribution compliance audit. Plaintiff's complaint is a suit to obtain amounts due and owed pursuant to a fringe benefit fund contribution compliance audit of Defendant for the period beginning **March 1, 2022 through May 31, 2024.**

3. **Pending Motions:**

There are no pending motions in this matter. The Defendant must file an answer by June 22, 2026.

4. **Discovery Schedule**

1. The general type of discovery needed would focus on the type of employees employed by Defendant, and all employment and payroll records, to determine the validity of any potential challenges the Defendant may have to the audit findings.

2. If the Defendant answers, Rule 26(a)(1) disclosures should be due no later than fourteen (14) days after service of the Answer.

3. Written discovery to be issued within twenty-one (21) days after the due date for Rule 26(a)(1) disclosures.

4. Fact discovery to be completed ninety (90) days after the issuance of written discovery.

5. No expert discovery is anticipated.

6. Dispositive motions to be filed within forty-two (42) days after completion of fact discovery.

## 5. Trial

No jury trial is requested at this time. If there were to be a trial, the Parties do not anticipate it being longer than 2 days.

## 6. Settlement Opportunities

No settlement discussions have occurred as the parties are currently focused on addressing challenges to the audit findings. A settlement conference is premature at this time. The parties are not interested in pursuing arbitration or mediation at this time.

## 7. Consent to Proceed Before the Magistrate Judge:

The parties do not unanimously consent to proceed before a Magistrate Judge at this time.

Respectfully submitted,

**TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al.**

By: _/s/Anita Saliu_____
One of their Attorneys
ARNOLD AND KADJAN LLP
35 E. Wacker Dr., Ste. 600
Chicago, Illinois 60601
(312) 236-0415

**C.C.E. ENTERPRISES LLC an Illinois Corporation.**

By: /s/Todd A. Miller_____
Their Attorney
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606
(312) 675-4325