## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Trustees of the Chicago Painters and Decorators
Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:26−cv−04400

Honorable Sharon Johnson Coleman

C.C.E. Enterprises LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 23, 2026:

MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 6/23/2026. Counsel for defendant did not appear nor contact the Court. Counsel for plaintiff reported that she is going through defendant's proposed challenges to the audit. Case is referred to Magistrate Judge Valdez for discovery supervision and settlement. Judge Valdez has authority to set/adjust discovery deadlines and, within the timeline mandated by Federal Rule of Civil Procedure 16(b)(2), is directed to set deadlines by which to join other parties and amend the pleadings. An in−person status hearing is set for 9/9/2026 at 10:00 AM. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.