**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Trustees of the Chicago Painters and Decorators
Pension Fund, et al.

                    Plaintiff,

v.                                   Case No.: 1:26–cv–04400

                                   Honorable Sharon Johnson
                                   Coleman

C.C.E. Enterprises LLC

                    Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Maria Valdez for the purpose of holding proceedings related to: discovery supervision and settlement conference. Mailed notice. (ym)

Dated: June 23, 2026

                                /s/ Sharon Johnson Coleman

                                United States District Judge