# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Trustees of the Chicago Painters and Decorators
Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:26–cv–04400

Honorable Sharon Johnson Coleman

C.C.E. Enterprises LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 23, 2026:

MINUTE entry before the Honorable Maria Valdez: This case has been referred to Judge Valdez for discovery supervision and to conduct a settlement conference. The parties shall file a joint proposed scheduling order no later than 7/7/26. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.