**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al. | ) ) ) | |
| Plaintiffs, | ) | No. 26-cv-4400 |
| v. | ) ) | Hon. Judge Sharon Johnson Coleman |
| C.C.E. ENTERPRISES LLC an Illinois limited liability company. | ) ) ) | Magistrate Judge Maria Valdez |
| Defendant. | ) | |

**PROPOSED JOINT SCHEDULING ORDER UNDER RULE 16(b)**

The Court received the parties' Initial Status Report, which contained a proposed discovery plan as required by Rule 26(f)(2).  Based on the discovery plan proposed by the parties, the Court hereby sets the following scheduling order under Rule 16(b).  The Court will modify this schedule "only for good cause."  *See* Fed. R. Civ. P. 16(b)(4).

1. **Pre-Discovery Conference and Disclosures**

A.  The parties advise the Court that they **have** / **have not** (circle one) had a conference pursuant to Rule 26(f).  The parties affirm their understanding of the requirements under Rule 26(f) including the requirement to discuss any discovery issues about electronically stored information (ESI) that may pertain to this case.

B.  The parties advise the Court that initial disclosures **have** / **have not** (circle one) been made pursuant to Rule 26(a)(1).  If they have not been made all disclosures required by Rule 26(a)(1) shall be made on or before **July 10, 2026**.

**2.**      **Discovery**

The following time limits and deadlines shall be applicable:

A.      Any amendments to pleadings or actions to join other parties shall be filed on or before **July 20, 2026** . (It is recommended that any joinder or amendments be made early in the discovery process so as to avoid the need to prolong discovery as to new parties or new issues.)

B.      All written discovery shall be propounded no later than 45 days before the close of fact discovery, unless the requesting party has obtained prior leave of court.

C.      The cutoff of fact discovery is **October 16, 2026** .

D.      For personal injury cases, the treating physician discovery deadline is N/A. .

E.      Any party with the burden of proof shall disclose its expert testimony pursuant to Rule 26(a)(2) on or before N/A .

F.      The parties may depose the other side's expert disclosed pursuant to Rule 26(a)(2) at any time prior to N/A .

G.      The parties shall disclose any rebuttal expert at any time prior to N/A .

H.      The parties shall have until N/A to depose the opposing party's rebuttal expert.

**3.**      **Prospects of Settlement**

A.      Counsel are to discuss settlement at the scheduling conference and to report on the status of settlement discussions. The parties are exchanging documents related to Defendant's audit challenges and expect to be able to resolve the case.

B.      The parties are to report on the earliest date on which they would be prepared to attend a settlement conference (with clients) with the Court and what discovery, if any, they believe may be needed to meaningfully assess settlement. The Parties would be prepared to attend a settlement conference 14 days after the close of discovery. The parties anticipate written discovery and depositions will be needed.

**[Sections 4 through 6 to be filled out only if the parties have consented to have the case tried before Judge Valdez]** Parties have not consented to have the case tried before Judge Valdez.

**4.**      **Motions**

A.      Any dispositive motions to be filed on or before _____. (Ordinarily this date will be 30 days following the close of fact discovery.)

B.      Any *Daubert* motions to be filed on or before _____. (Ordinarily this date will be 30 days following the close of expert discovery.)

**5.      Final Pretrial Order and Conference**

A.      The final pretrial order shall be filed on or before _____.

B.      The final pretrial conference will be held on _____at _____.m.

**6.      Trial**

The case will be ready for trial by _____and is expected to take _____trial days.

**ENTERED:**

**Dated:** _____        _____

                                       **HON. MARIA VALDEZ**
                                       **United States Magistrate Judge**