## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Trustees of the Chicago Painters and Decorators
Pension Fund, et al.

                                        Plaintiff,

v.                                          Case No.: 1:26–cv–04400

                                        Honorable Sharon Johnson
                                        Coleman

C.C.E. Enterprises LLC

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 8, 2026:

     MINUTE entry before the Honorable Maria Valdez: The parties' agreed discovery schedule is entered as follows: Rule 26(a)(1) disclosures to be made by 7/10/26; any amendments to pleadings or actions to join other parties shall be filed by 7/20/26; all written discovery requests shall be issued no later than 9/1/26; and the fact discovery deadline is 10/16/26. No later than 8/21/26, the parties must file a joint status report describing discovery progress and the prospects of settlement. If they wish to begin the process of scheduling a settlement conference at any time before that date, they should notify the Court. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.