**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al. | ) | |
| Plaintiffs, | ) | No. 26-cv-4400 |
| v. | ) | |
| | ) | Hon. Judge Sharon Johnson Coleman |
| C.C.E. ENTERPRISES LLC an Illinois limited liability company. | ) | Magistrate Judge Maria Valdez |
| Defendant. | ) | |

# JOINT STATUS REPORT

Plaintiffs and Defendant submit this Joint Status Report pursuant to Docket Entry 18. In support of, the parties state as follows:

**Discovery Progress**

The audit is completed. Plaintiffs have sent Rule 26(a)(1) initial disclosures and discovery requests to Defendant. Defendant has requested an extension to respond to Discovery. Defendant has not sent their Rule 26(a)(1) initial disclosures or any discovery requests to Plaintiffs.

**Prospects of Settlement**

The parties are in communication and awaiting audit challenges and supporting documentation from Defendant to facilitate any potential settlement.

Respectfully submitted,

**TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al.**

By: _/s/Anita Saliu_________
One of their Attorneys
ARNOLD AND KADJAN LLP
35 E. Wacker Dr., Ste. 600
Chicago, Illinois 60601
(312) 236-0415

**C.C.E. ENTERPRISES LLC**
**an Illinois Corporation.**

By: /s/Todd A. Miller_________
Their Attorney
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606
(312) 675-4325