**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al. | ) | |
| Plaintiffs, | ) | No. 26-cv-4400 |
| v. | ) | Hon. Judge Sharon Johnson Coleman |
| C.C.E. ENTERPRISES LLC an Illinois limited liability company. | ) | Magistrate Judge Maria Valdez |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiffs and Defendant submit this Joint Status Report pursuant to Docket Entry 20. In support of, the parties state as follows:

**Discovery Progress**

The audit is completed. Plaintiffs have sent Rule 26(a)(1) initial disclosures and discovery requests to Defendant. Defendant has provided a dispute letter with their audit challenges and corresponding support.

**Prospects of Settlement**

The parties are continuing to communicate regarding potential settlement and have exchanged settlement offers. Settlement discussions remain ongoing.

Respectfully submitted,

**TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al.**

By: _/s/Anita Saliu_________
One of their Attorneys
ARNOLD AND KADJAN LLP
35 E. Wacker Dr., Ste. 600
Chicago, Illinois 60601
(312) 236-0415

**C.C.E. ENTERPRISES LLC**
**an Illinois Corporation.**

By: /s/Todd A. Miller________
Their Attorney
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606
(312) 675-4325