**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Trustees of the Chicago Painters and Decorators Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:26−cv−04400
Honorable Sharon Johnson Coleman

C.C.E. Enterprises LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 23, 2026:

MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 10/23/2026. Defendant did not appear nor contact the Court. Counsel for plaintiffs reported that the parties have reached a settlement and counsel is waiting for one of the terms of the agreement to be completed. The Court dismisses the case without prejudice for 30 days. If no motion to reinstate is filed by 11/23/2026, the dismissal shall automatically convert to one with prejudice with no further action by the Court. Civil case terminated. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.